UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                                                        COURT NO.: 3:10CR46DCB-LRA

RODNEY T. OLIVER                                                                    DEFENDANT

AND

MILWAUKEE TOOLS AND YELLOW FREIGHT                                         GARNISHEE

ORDER OF CONTINUING GARNISHMENT

This cause is before the Court on a Motion for Order of Continuing Garnishment (Doc. #33) requesting the Garnishee, Milwaukee Tools and Yellow Freight, to pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's monthly non-exempt net disposable until the judgment owed to the plaintiff in the amount of $525.00, is paid in full or until the Garnishee no longer has possession or control of wages belonging to the defendant. The Court has considered the Motion and finds that it is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and should be granted.

It is hereby ORDERED that the Garnishee, Milwaukee Tools and Yellow Freight, pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's non-exempt net disposable earnings until the judgment owed to the plaintiff is paid in full or until the Garnishee no longer has possession or control of wages belonging to the defendant or until further order of this Court.

**It is further ORDERED that all checks be made payable to the Clerk of Court and mailed to the United States District Court at 501 East Court Street, Suite 2.500, Jackson, MS, unless otherwise notified.**

DATED: 7/17/15
 .

                                            s/David Bramlette
                                            HONORABLE DAVID BRAMLETTE, III
                                            United States District Judge